# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                              No. 4:21-cr-225-DPM

DERICK DUKE                                                       DEFENDANT

## ORDER

1.  After conferring with counsel, David Duke consented to a plea hearing before Magistrate Judge Beth Deere. On *de novo* review, the Court adopts her recommendation, Doc. 32. No objections were filed and the time to do so has passed.

2.  Duke was required to register as a sex offender under the Sex Offender Registration and Notification Act. From January 2021 through 10 May 2021, he traveled from Mississippi to the Eastern District of Arkansas while knowingly failing to register or update his registration, as charged in count one of the Indictment. Duke made a knowing and voluntary choice to plead guilty. The Court accepts his guilty plea and convicts him of the offense.

3.  A hearing notice for sentencing and a Scheduling Order will issue.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 November 2022